DECEMBER 15, 1980

No. 80–636. MacKINNEY ET AL. *v.* GELFGREN ET AL. Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. A–490. KLUTZNICK, SECRETARY OF COMMERCE, ET AL. *v.* SHAPIRO, ESSEX COUNTY EXECUTIVE. D. C. N. J. The order entered December 4, 1980, by JUSTICE BRENNAN is continued pending the timely filing and final disposition of a petition for writ of certiorari. JUSTICE STEWART and JUSTICE STEVENS dissent.

No. A–504. CITIZENS CONCERNED FOR SEPARATION OF CHURCH AND STATE *v.* CITY AND COUNTY OF DENVER. Application to vacate the order of the United States Court of Appeals for the Tenth Circuit, entered December 3, 1980, presented to JUSTICE WHITE, and by him referred to the Court, denied. JUSTICE BRENNAN, JUSTICE WHITE, and JUSTICE STEVENS dissent.

No. 83, Orig. MARYLAND ET AL. *v.* LOUISIANA. Motions of Columbia Gas Transmission Corp. et al. for leave to file Exceptions to the Report of the Special Master and for leave to reply to the Exceptions of Louisiana are granted. Exceptions to the Report of the Special Master are set for oral argument. [For earlier order herein, see, *e. g., ante,* p. 1031.]

No. 79–700. WALTER FLEISHER CO., INC. *v.* COUNTY OF LOS ANGELES ET AL. Ct. App. Cal., 2d App. Dist. [Certiorari granted, 446 U. S. 917.] Motion of petitioner for leave to file a supplemental brief after argument granted.